UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP A. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04-CV-787 CAS |
| ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Terry I. Adelman, filed August 9, 2005. See 28 U.S.C. § 636(b). The Magistrate Judge recommended that the decision of the Commissioner terminating plaintiff's social security disability benefits and supplemental security income benefits be affirmed. Neither party has filed an objection to the recommendation.

After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge for the reasons set forth in the thorough and well-reasoned Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 8]

**IT IS FURTHER ORDERED** that the decision of the Commissioner terminating plaintiff's social security disability benefits and supplemental security income benefits is **AFFIRMED**.

An appropriate judgment will accompany this order.

                                                                    _____
                                                                    **CHARLES A. SHAW**
                                                                    **UNITED STATES DISTRICT JUDGE**

Dated this 7th day of September, 2005.